Certificate Number: 15557-PAE-CC-040633171



15557-PAE-CC-040633171

# CERTIFICATE OF COUNSELING

I CERTIFY that on __February 18, 2026__, at __11:52__ o'clock __AM EST__, __Thet Naing Oo__ received from __Urgent Credit Counseling, Inc.__, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the __Eastern District of Pennsylvania__, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan __was not prepared__. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet__.

Date:   February 18, 2026          By:   /s/Maureen Wacera

Name:   Maureen Wacera

Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).