Certificate Number: 06761-PAE-DE-040718178

Bankruptcy Case Number: 26-10716



06761-PAE-DE-040718178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2026</u>, at <u>10:25</u> o'clock <u>AM EDT</u>, <u>Thet  Oo</u> completed a course on personal financial management given <u>by internet</u> by <u>$$ Bankruptcy Debtor Education</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 11, 2026</u>            By:     <u>/s/Helen L. Cagle</u>

Name:  <u>Helen L. Cagle</u>

Title:   <u>Manager</u>