IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>THET NAING OO<br>    Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>        v.<br><br>THET NAING OO, and<br>CHRISTINE C. SHUBERT, Trustee,<br>    Respondents. | Bankruptcy No. 26-10716-amc<br><br><br>Chapter 7 |
| --- | --- |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, Metz, Lewis, Brodman, Must O'Keefe, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

### THE PARTIES

1.      Respondent, Thet Naing Oo ("Debtor"), is an adult individual with a place of residence located at 2550 S Darien Street, Philadelphia, PA 19148-4523.

2.      Christine C. Shubert is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3.      This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4.      On or about February 23, 2026, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

5.      On or about October 2, 2023, the Debtor purchased a 2021 Honda Civic, VIN: 2HGFC2F67MH534947 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.      Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.      The Contract requires monthly payments of $465.17, which amounts are due on or before the 16th of each month.

8.      The Debtor list in their Petition that they intend to surrender the vehicle back to Movant.

9.      The Total Debt due on the Contract as of March 20, 2026, was $17,792.16.

10.     The J.D. Power value of the Vehicle is $13,600.00. J.D. Power report attached hereto as **Exhibit C**.

11.     Movant is entitled to relief from the automatic stay for cause, because the Debtors intent to surrender the Vehicle back to Movant.  11 U.S.C. §362(d)(1).

WHEREFORE, Movant, American Honda Finance Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2021 Honda Civic, VIN: 2HGFC2F67MH534947.

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST
O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for American Honda Finance Corporation*

Dated:  April 1, 2026