

Collateral Management Solutions
9750 Goethe Road | Sacramento, CA 95827
www.Vitu.com

# American Honda Finance Corporation

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | ▉▉▉▉▉ | **Financed Date** | 10/2/2023 |
| **Loan Number** | | **Perfected Date** | 10/17/2023 |
| **Branch** | 01108 | **Payoff Date** | |
| | | | |
| **Borrower 1** | THET N OO | **Dealer ID** | 00207338 |
| **Borrower 2** | | **Dealer** | PIAZZA HONDA OF PHILADELPHIA |
| **Borrower Address** | 2550 S DARIEN ST PHILADELPHIA, PA 19148 | **Dealer Address** | 6935 ESSINGTON AVENUE PHILADELPHIA, PA 191533410 |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | ▉▉▉▉▉ |
| **Lienholder** | AMERICAN HONDA FINANCE CORP |
| **Lienholder Address** | P.O. BOX 997506 SACRAMENTO, CA 95899 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 2HGFC2F67MH534947 | **Issuance Date** | 10/17/2023 |
| **Title Number** | 86367529 | **Received Date** | 10/17/2023 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2021 | **Odometer Reading** | 3863 |
| **Make** | HOND | **Branding** | |
| **Model** | | | |
| | | | |
| **Owner 1** | OO,THET NAING | | |
| **Owner 2** | | | |
| **Owner Address** | 2550 S DARIEN ST PHILADELPHIA, PA 19148 | | |

**Printed:** Thursday, March 12, 2026 9:58:28 AM PST