## Vehicle Information

| | |
|---|---|
| Vehicle: | 2021 Honda Civic Sedan 4D LX 2.0L I4 Auto |
| Region: | Eastern |
| Period: | March 20, 2026 |
| VIN: | 2HGFC2F67MH534947 |
| Mileage: | 72,500 |
| Base MSRP: | $21,250 |
| Typically Equipped MSRP: | $22,265 |
| Weight: | 2,771 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $12,450 | N/A | N/A | **$12,450** |
| Average Trade-In | $13,600 | N/A | N/A | **$13,600** |
| Clean Trade-In | $14,525 | N/A | N/A | **$14,525** |
| | | | | |
| Clean Loan | $13,075 | N/A | N/A | **$13,075** |
| Clean Retail | $17,375 | N/A | N/A | **$17,375** |
| **Weekly Auction** | | | | |
| Low | $10,750 | N/A | N/A | **$10,750** |
| Average | $13,925 | N/A | N/A | **$13,925** |
| High | $17,125 | N/A | N/A | **$17,125** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.