IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>THET NAING OO<br>    Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>        v.<br><br>THET NAING OO, and<br>CHRISTINE C. SHUBERT, Trustee,<br>    Respondents. | Bankruptcy No. 26-10716-amc<br><br><br>Chapter 7 |

ORDER OF COURT

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of American Honda Finance Corporation in the 2021 Honda Civic, VIN: 2HGFC2F67MH534947.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge