IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>THET NAING OO<br>    Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>        v.<br><br>THET NAING OO, and<br>CHRISTINE C. SHUBERT, Trustee,<br>    Respondents. | Bankruptcy No. 26-10716-amc<br><br><br>Chapter 7 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the April 1, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| **Thet Naing Oo**<br>2550 S Darien Street<br>Philadelphia, PA 19148-4523 | **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |
|---|---|

Service via electronic communication:

| **CHRISTINE C. SHUBERT**<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112